1   Frank Woodson
    Navan Ward
2   **BEASLEY, ALLEN, CROW, METHVIN,**
    **PORTIS & MILES, P.C.**
3   218 Commerce Street
    P.O. Box 4160
4   Montgomery, Alabama 36103
    Telephone: 334-269-2343
5   Facsimile: 334-954-7555
    Attorneys for Plaintiffs
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **MDL NO. 1699**
    MARKETING SALES PRACTICES AND           **District Judge:  Charles R. Breyer**
13  PRODUCT LIABILITY LITIGATION

14  This Document Relates To:

15  *Judy Shearer, et al. vs. Pharmacia Inc, et al.*   **STIPULATION AND ORDER OF**
    *(05-4581 CRB)*                                     **DISMISSAL WITH PREJUDICE**
16

17  *Barbara J. Williams vs. Pfizer Inc, et al.*
    *(06-1670 CRB)*

18  *Michele Walker, et al. vs. Pfizer Inc, et al.*
    *(06-1878 CRB)*
19

20  *Stephanie Shearer vs. Monsanto Company, et*
    *al.*
21  *(06-1902 CRB)*

22  *Joe Vega, et al. vs. Pfizer Inc, et al.*
    *(06-2440 CRB)*

23  *Brad Henry Taylor vs. Pfizer Inc, et al.*
    *(06-2577 CRB)*
24

25  *James Preston Taylor vs. Pfizer Inc, et al.*
    *(06-2863 CRB)*

26  *John H. Roberts, Jr. vs. Pfizer Inc, et al.*
    *(06-3062 CRB)*
27

28  *Patsy Lynn Stegall vs. Pfizer Inc, et al.*
    *(06-3084 CRB)*

                              -1-

EAST\42592415.1

| | |
|---|---|
| 1 | *Andrea Sanborn, et al. vs. Pfizer Inc, et al.* |
| 2 | (06-3100 CRB) |
| 3 | *Barbara Smith, et al. vs. Pfizer Inc, et al.* |
| 4 | (06-3102 CRB) |
| | *Arnold Swick vs. Pfizer Inc* |
| 5 | (06-3304 CRB) |
| 6 | *Corrine Morrisette vs. Pfizer Inc, et al.* |
| 7 | (06-3363 CRB) |
| | *Sylvia Wingard vs. Pfizer Inc, et al.* |
| 8 | (06-3653 CRB) |
| 9 | *Susan Smith vs. Pfizer Inc, et al.* |
| 10 | (06-3951 CRB) |
| | *Clarence Edward Smith vs. Pfizer Inc, et al.* |
| 11 | (06-3957 CRB) |
| 12 | *Mary Vernick vs. Pfizer Inc, et al.* |
| 13 | (06-4102 CRB) |
| | *Patricia Ann Kennedy Watson vs. Pfizer Inc, et* |
| 14 | *al.* |
| | (06-4285 CRB) |
| 15 | |
| 16 | *Marvin Rogers vs. G.D. Searle LLC, et al.* |
| | (06-4514 CRB) |
| 17 | *Shirley Lindeen vs. G.D. Searle LLC, et al.* |
| 18 | (06-4515 CRB) |
| | *Colleen Nagle Mehegan, et al. vs. Pfizer Inc, et* |
| 19 | *al.* |
| | (06-4547 CRB) |
| 20 | |
| 21 | *Charles Snodgrass vs. Pfizer Inc, et al.* |
| | (06-4661 CRB) |
| 22 | *John Vandale vs. Pfizer Inc, et al.* |
| 23 | (06-5257 CRB) |
| | *William Coulson, et al. vs. Pfizer Inc, et al.* |
| 24 | (06-5261 CRB) |
| 25 | *Dick Shepherd vs. Pfizer Inc, et al.* |
| 26 | (06-5417 CRB) |
| | *Robin Morrison, et al. vs. Pfizer Inc, et al.* |
| 27 | (06-6900 CRB) |
| 28 | *Rosa Cebreros, et al. vs. Pfizer Inc, et al.* |

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42592415.1

1 | (06-7003 CRB)

2 | *Marsha Fiorini, et al. vs. Pfizer Inc, et al.*
(06-7113 CRB)

3

4 | *Florence Salle vs. Pfizer Inc, et al.*
(06-7207 CRB)

5 | *Jimmie A. Scott vs. Pfizer Inc, et al.*
(06-7259 CRB)

6

7 | *William Edward Simpson vs. Pfizer Inc, et al.*
(07-0972 CRB)

8 | *Terry Vintson vs. Pfizer Inc, et al.*
(07-0977 CRB)

9

10 | *Deanna L. Walston vs. Pfizer Inc, et al.*
(07-1318 CRB)

11 | *Louis Romanelli vs. Pfizer Inc, et al.*
(07-2631 CRB)

12

13 | *Johnnie L. West vs. Pfizer Inc, et al.*
(07-5687 CRB)

14 | *Lyle McNeal (MO), et al. vs. Pfizer Inc, et al.*
(07-5915 CRB)

15

16 | *Gene Summers vs. Pfizer Inc, et al.*
(08-0259 CRB)

17 | *Maria Avendano vs. Pfizer Inc, et al.*
(08-1099 CRB)

18

19 | *Mary Woodall vs. Pfizer Inc, et al.*
(08-1183 CRB)

20 | *Mildred Sturdavant vs. Pfizer Inc, et al.*
(08-1976 CRB)

21

22 | *Netra Thomas vs. Pfizer Inc, et al.*
(08-2110 CRB)

23 | *John Denton vs. Pfizer Inc, et al.*
(08-2459 CRB)

24

25 | *Joanne Schwandt vs. Pfizer Inc, et al.*
(08-2604 CRB)

26 | *Donald Schwanke vs. Pfizer Inc, et al.*
(08-3709 CRB)

27

28 | *Cheryl Samuel vs. Pfizer Inc, et al.*
(09-0888 CRB)

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42592415.1

1

2          Come now Plaintiffs in the above-entitled actions and Defendants, by and through the

3    undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

4    stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

5    each side bearing its own attorneys' fees and costs.

6

7          DATED: 10·29, 2009        By: _____

8                                        **BEASLEY, ALLEN, CROW, METHVIN,**
                                         **PORTIS & MILES, P.C.**
9                                        218 Commerce Street
                                         P.O. Box 4160
10                                       Montgomery, Alabama 36103
                                         Telephone: 334-269-2343
11                                       Facsimile: 334-954-7555

12                                       *Attorneys for Plaintiffs*

13
           DATED: Oct. 29, 2009       By: _____
14

15                                       **DLA PIPER LLP (US)**
16                                       1251 Avenue of the Americas
                                         New York, New York 10020
                                         Telephone: 212-335-4500
17                                       Facsimile: 212-335-4501

18                                       *Defendants' Liaison Counsel*

19

20

21    **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
      **IT IS SO ORDERED.**
22

23          **NOV 1 3 2009**
      Dated: _____
24                                    Hon. Charles R. Breyer
                                      United States District Court
25

26

27

28

                                        -4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42592415.1